IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANASTACIO GUERRERO,

    Petitioner,

 v.

GARY SANDOR, Warden,

    Respondent.
                             /

No. C 09-01305 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by April 21, 2010.

    This Order terminates Docket no. 13.

    IT IS SO ORDERED.

DATED: 2/11/10

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA |
| 3 | |

ANASTACIO GUERRERO,

        Plaintiff,

  v.

DEBRA H. DEXTER et al,

        Defendant.
                                    /

Case Number: CV09-01305 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anastacio Guerrero CDC F-51624
Ironwood State Prison
P O Box 2199
Blythe, CA 92226

Dated: February 17, 2010

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk