**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTACIO GUERRERO,<br><br>  Petitioner,<br><br> v.<br><br>GARY SANDOR, Warden,<br><br>  Respondent. | No. C 09-01305 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE; AND DIRECTIONS TO CLERK** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer.

On April 9, 2010, Petitioner filed a notice that Respondent's answer was "incomplete." Specifically, Petitioner alleged that page thirteen of Respondent's Memorandum of Points and Authorities in Support of Answer was incomplete. However, the Court has reviewed Respondent's Answer as well as Memorandum of Points and Authorities in Support of Answer. Both documents are complete; therefore, it seems that the copy Petitioner received may have been incomplete. The Clerk of the Court is directed to send Petitioner a copy of the Answer as well as Memorandum of Points and Authorities in Support of Answer (docket no. 12).

The Court also construes Petitioner's notice as a request for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **May 21, 2010.**

IT IS SO ORDERED.

DATED: 4/15/10

  SAUNDRA BROWN ARMSTRONG
  UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Guerrero1305.2ndEOT-Traverse&copyANS.wpd

<div style="float:left"><b>United States District Court</b><br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANASTACIO GUERRERO,

        Plaintiff,

 v.

DEBRA H. DEXTER et al,

        Defendant.

Case Number: CV09-01305 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anastacio Guerrero CDC F-51624
Ironwood State Prison
P O Box 2199
Blythe, CA 92226

Dated: April 15, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Guerrero1305.2ndEOT-Traverse&copyANS.wpd