IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTACIO GUERRERO, ) | No. C 09-1305 SBA (PR) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| DAVID B. LONG, Acting Warden, ) | |
| Respondent. ) | |

For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED.

DATED: 3/27/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANASTACIO GUERRERO,

        Plaintiff,

  v.

DEBRA H. DEXTER et al,

        Defendant.

Case Number: CV09-01305 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anastacio Guerrero CDC F-51624
Ironwood State Prison
P O Box 2199
Blythe, CA 92226

Dated: March 29, 2012

                            Richard W. Wieking, Clerk
                            By: Lisa Clark, Deputy Clerk